**1162 HENDERSON vs. BOARD OF CANVASSERS** (Manistee Co.), No. 13195, 94 M., 452.

To compel respondent to re-convene, and the committee on re-count thereof to report ballots, the reception and rejection of which is complained of.

Denied December 24, 1892, with costs.   See 1159, 1163.

**1163 PACKARD vs. BOARD OF CANVASSERS** (Menominee), No. 13200, 94 M., 450.

To compel respondents to re-assemble and make a full and detailed report of all ballots claimed to have been improperly counted for relator's opponent, and all those in his favor rejected by said board, and for an order to count certain ballots and to reject others.

Denied December 24, 1892, with costs.

Held, that the statute cannot be construed as calling for a statement respecting every contested ballot.

And further, that should the board refuse to re-count, mandamus would issue to set the board in motion, but when they have re-counted and made their return and disbanded, they then become functus officio, and the remedy of the aggrieved party is by quo warranto.

**1164 BETTS vs. BOARD OF SUPERVISORS** (Benzie), No. 14936½.

To require the board to re-convene as a board of canvassers on the question of the removal of the county seat, to consider the matters alleged in a protest which was filed before the determination, and to hear proofs.

Order to show cause denied June 4, 1895, on the ground that the application should be made to the Circuit Court.